# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| BOKF, N.A.,<br><br>    Plaintiff,<br><br>v.<br><br>EVANS CARE GROUP, LLC, and SUNSHINE RETIREMENT LIVING, LLC,<br><br>    Defendants. | CIVIL ACTION NO.<br>1:24-cv-00088-JRH-BKE |

## DEFENDANTS' NOTICE OF INTENT TO FILE REPLY BRIEF IN SUPPORT OF DEFENDANTS' REQUEST FOR ORAL ARGUMENT ON ITS MOTION TO DISCHARGE RECEIVER, TERMINATE THE RECEIVERSHIP, AND ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF

COME NOW Defendants Evans Care Group, LLC ("Evans") and Sunshine Retirement Living, LLC ("SRL") (Evans and SRL are collectively referred to as "Defendants"), by and through their undersigned counsel, and hereby notify the Clerk and all parties of their intent to file a reply brief in support of Defendants' Request for Oral Argument on their Motion to Discharge Receiver, Terminate the Receivership, and Entry of Judgment in favor of Plaintiff [Doc. 34] in accordance with Local Rule 7.6.

Respectfully submitted this 13th day of October 2025.

                                           MOZLEY, FINLAYSON & LOGGINS LLP

                                           */s/   John R. Lowery*
                                           John R. Lowery
                                           Georgia Bar No. 460175

1050 Crown Pointe Parkway
Suite 1500
Atlanta, GA  30338
Telephone: 404-256-0700
Facsimile:  404-250-9355
jlowery@mfllaw.com


Additional Counsel for Defendants:

Timothy J. Conway
Tonkon Torp LLP
888 SW Fifth Avenue
Suite 1600
Portland, Oregon 97204
Telephone:  503-221-1440
Facsimile:   503-274-8779
Tim.conway@tonkon.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties of record and SAK Georgia, LLC ("Receiver") through its attorneys David A. Wender and Melissa Fox, Eversheds Sutherland (US) LLP, 999 Peachtree Street, NE, Suite 2300, Atlanta, Georgia 30309 with the foregoing by providing an electronic service copy of the filing via the CM/ECF System, which will automatically send notice to all counsel of record.

## CERTIFICATE OF TYPE SIZE COMPLIANCE

I hereby certify that pursuant to Local Rule 5.1, the foregoing pleading is prepared in Times New Roman, 14 point.

This 13th day of October 2025.

*/s/ John R. Lowery*
John R. Lowery